[No. 16152-8-III.    Division Three.    January 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHUCK DOCKINS, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00983-1, Kenneth H. Kato, J., entered September 16, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 19156-3-II.    Division Two.    January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM C. SATHER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-1-00246-8, Gordon Godfrey, J., entered February 13, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 19647-6-II.    Division Two.    January 30, 1998.]

JAN HENRY, ET AL., *Respondents*, v. PAUL A. BITAR, *Appellant*.

FRED NISHPERLY, *Respondent*, v. PAUL A. BITAR, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-01475-0, Richard A. Strophy, J., entered June 7, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.